UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

ONE57 79, INC.,  
a New York Corporation  
    Debtor.

Case No.: 17-18433-RAM

Chapter 7

_____/

### DEBTOR'S MOTION TO CONVERT INVOLUNTARY CHAPTER 7 CASE TO CHAPTER 11

Debtor, ONE57 79, INC., (the "**Debtor**"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 707, hereby files this *Motion to Convert Involuntary Chapter 7 Case to Chapter 11*, and in support thereof respectfully states as follows:

1. On or about July 3, 2017, a certain petitioning creditor, Campion Maverick, Inc., initiated an involuntary proceeding for relief under Chapter 7 of the Bankruptcy Code against the Debtor.

2. The order for relief has not yet been entered in this case.

3. The Debtor hereby consents to an order of relief under Chapter 11.

4. Through the instant motion, and in accordance with 11 U.S.C. 706(a) the Debtor seeks to convert this case to a case under Chapter 11 of the Bankruptcy Code to give the Debtor the opportunity to propose a Plan of Reorganization to restructure its debts and repay its creditors more than they would receive under a Chapter 7 case.

5. The Debtor's assets include an interest in a Condominium located at 157 West 57th Street, 79th Floor, New York, NY secured with a Fair Market Value of approximately $50 million dollars and secured by a Mortgage in favor of Haviland Bank. Haviland Bank alleges an

indebtedness of $30 million dollars and the Debtor believes the liability is in the neighborhood of $15 million dollars.

7. Section 707(a) of the Bankruptcy Code provides that "[t]he debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title. Any waiver of the right to convert a case under this subsection is unenforceable." 11 U.S.C. § 707(a).

8. This Chapter 7 case has not been previously converted under 11 U.S.C. § 1112, 1208 or 1307.

9. The conversion of this case to a case under Chapter 11 of the Bankruptcy Code will give the Debtor the opportunity to propose a Plan of Reorganization, which will enable the Debtor to maximize the recovery for all creditors.

10. A hearing was held in a companion case on July 27, 2017 before the Honorable Judge Mark and at the conclusion, the undersigned was directed to submit a Motion for Conversion and an order of conversion to Chapter 11.

11. Accordingly, the Debtor respectfully requests that this Court enter an Order converting this case to one under Chapter 11 of the Bankruptcy Code.

**WHEREFORE**, the Debtor respectfully requests the entry of an order (i) granting the instant motion; (ii) converting this case to a case under Chapter 11 of the Bankruptcy Code; and (iii) granting such other relief as the Court deems just and proper.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this 28th day of July, 2017.

**Respectfully submitted:**

LEWIS AND THOMAS, L.L.P.
Attorneys for Debtor
165 E. Palmetto Park Road – Suite 200
Boca Raton, Florida 33432
(561) 368-7474 Telephone

By: /s/
RONALD LEWIS ESQ.
Florida Bar No. 807958
ron@lewisthomaslaw.com