# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Miami-Dade County Division

In re:                                          Case No. 17-18433-RAM

ONE57 79, INC., a New York Corporation.
                                                Chapter 11

_____ Debtor ____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, ONE57 79, INC., a New York Corporation, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): 8/1/17 [DE#10] – Order for Relief

2. Names, case numbers and dates of filing of related debtors: Earnshaw Associates, LTD., A British Virgin Island Corporation; Case No. 17-18432-RAM; Converted 8/2/17 to Chapter 11

3. Description of debtor's business: owns a Penhouse Apartment in New York City located at 157 West 57th Street, 79th Floor, NYC,NY

4. Locations of debtor's operations and whether the business premises are leased or owned: 157 West 57th Street, 79th Floor, NYC, NY; leased premises for business located at: 3329 Flamingo Dr., Miami Beach, FL 33140

5. Reasons for filing chapter 11: Foreclosure of asset by Haviland Bank

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: July 2017; owned by Earnshaw Associates, Ltd.; preiously owned by Kolawale Aluko up to July, 2017

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: Zero

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: Unknown at this time.
   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and Haviland Bank approximately $20,000,000.00, approximately $900,000.00 in mechanics liens..
   c. Amount of unsecured claims: Unknown at this time. $83,000.00 owed Campion Maverick, Inc.

9. General description and approximate value of the debtor's assets: Penthouse apartment located at 157 West 57th Street, 79th Floor, NYC, NY approximate FMV $50,000,000.00.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; To be provided.

11. Number of employees and amounts of wages owed as of petition date: NONE

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): NONE

13. Anticipated emergency relief to be requested within 14 days from the petition date: N/A – already entered

_____
Signature: Ali Farooq, Manager

_____
Signature

Ronald B. Lewis, Esquire
Lewis & Thomas, LLP
Name and Address of Debtor's Attorney

165 E. Palmetto Park Road, Suite 200
Boca Raton, FL  33432

809758

Florida Bar No.

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.