UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                             Chapter 11

ONE57 79 INC.,                                     Case No. 17-18433-RAM
                        Debtor.

## NOTICE OF FILING TRANSLATION OF COMPLAINT FILED IN MEXICO BY JOSE ENRIQUE URUNUELA LOPEZ V. BORROWER AND ALUKO, EXP. NUMBER 603/2017

Banque Havilland S.A. ("Banque") by and through its undersigned counsel, hereby files this Notice of Filing Translation of Complaint filed in Mexico by Jose Enrique Urunuela Lopez v. Borrower and Aluko, Exp. Number 603/2017 referenced in Banque's Motion for Relief from Stay [DE 19] and Motion to Dismiss [DE 20] and attached as Exhibit "KK" to the Declaration of Hector Pedro Birello in Support of the Motion for Relief from the Automatic Stay and the Motion to Dismiss [DE 21].

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 18th day of September, 2017 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Date:   September 18, 2017          Respectfully submitted,
                                    GRAYROBINSON, P.A.
                                    333 S.E. 2nd Avenue, Suite 3200
                                    Miami, FL 33131
                                    Leyza.Blanco@gray-robinson.com
                                    Telephone:    (305) 416-6880
                                    Facsimile:    (305) 416-6887

                                    By:    /s/ Leyza F. Blanco
                                           Leyza F. Blanco
                                           Florida Bar No.: 104639

[logo] TSJCDMX                **CERTIFICATE OF NOTICE**                [handwritten: CJ 17]

**ATTN:  LEGAL REPRESENTATIVE OF EARNSHAW ASSOCIATES, LIMITED**

[handwritten: Kola case]

**ADDRESS:  Monte Himalaya number 525, colonia Lomas de Chapultepec, C.P. 11000, delegación Miguel Hidaldo in Mexico City**.

---

**FIFTEENTH CIVIL COURT**

**CLERK'S OFFICE "A"**

**CASE NO. 603/2017**

---

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

---

In the case file of the **COMMERCIAL EXECUTORY** Lawsuit, filed by **URUÑUELA LÓPEZ JOSÉ ENRIQUE** against **EARNSHAW ASSOCIATES, LIMITED and KOLA ALUKO**, the Fifteenth Civil Court Judge issued an order which reads as follows:

Mexico City, on the thirtieth of June of two thousand seventeen.

With the complaint listed above and the attached exhibits, create a case file and record it in the Log Book under the appropriate entry number, and the Court Clerk is to place in his custody in the Court Safe the document submitted as the basis for the lawsuit.  The appearance of MR. JOSÉ ENRIQUE URUÑUELA LÓPEZ is hereby recorded, who is filing a COMMERCIAL EXECUTORY suit against EARNSHAW ASSOCIATES, LIMITED AND KOLA ALUKO, for the payment of the amount of $6,120,000.00 (SIX MILLION ONE HUNDRED AND TWENTY THOUSAND AND 00/100 UNITED STATES DOLLARS), comprised of the principal amount plus the legal expenses that are mentioned, based on the provisions of articles 150, 165, 170, 174 and other related articles of the General Law of Securities and Credit Operations, and articles 1391, 1392, 1393 and other related articles of the Code of Commerce; article 432 and related articles of the Federal Code of Civil Procedure, which is applicable in supplementary fashion to commercial matters.  The lawsuit is accepted for processing in the forum and manner proposed, and as a consequence, the defendant is ordered to immediately pay the amount claimed plus legal expenses, which are indicated in the complaint of the lawsuit, and if said payment is not made, proceed to seize assets owned by the defendant sufficient to guarantee the principal amount plus the corresponding legal expenses, placing said assets in escrow with the person who the plaintiff designates, and for which it is responsible, in the procedural note.  Once the seizure has taken place, serve notice to the debtor under the terms of article 1396 of the Code of Commerce, delivering them with simples copies of the complaint and the corresponding exhibits, duly sealed and reviewed, and inform the defendant that they have EIGHT DAYS to respond to the lawsuit, which will be counted according to article 1076 of said Code, during which they must appear before this Court to pay in full the amount being claimed plus the court costs, or to file any objections that they may have.    The address of the plaintiff for hearing and receiving all types of notifications, even those of a personal nature, is accepted as the one that they have indicated, and the attorneys listed by the plaintiff are hereby authorized in the terms of the third paragraph of article 1069 of the Code of Commerce to also hear and receive notifications served upon the individuals indicated.  The plaintiffs are deemed to have submitted the documentation in terms of their initial complaint, pursuant to article 1061 of fraction II to V of the Code of Commerce.  Pursuant to article 1401 of the aforementioned Code, the evidence specified in the respective chapter of the complaint is accepted as submitted, and the admission of said evidence will be reserved for the appropriate procedural moment. For civil, family and civil peace courts:  "The parties are hereby informed that the Superior Court of Justice of the Federal District, motivated by its interest in ensuring that persons who are involved in litigation have an alternative option

For resolving their conflict, provides mediation services through its Center for Alternative Justice, where they will be attended to free of charge – mediation is not legal advice.  Thecenter is located at Av. Niños Héroes 133, Colonia Doctores, delegación Cuauhtémoc, D.F., Postal Code 06500, telephone number 5134-11-00 extensions 1460 and 2362. Commercial Business Mediation Service:  5207-25-84 and 5208-33-49, mediacion.civil.mercanti@tsjdf.gob.mx.   The foregoing is pursuant to articles 2, 5, 6 first and second paragraph and 9 section VII of the Alternative Justice Act of the Superior Court of Justice of the Federal District."  In accordance with the REGULATIONS OF THE INSTITUTIONAL ARCHIVES SYSTEM OF THE SUPERIOR COURT OF JUSTICE AND THE COUNCIL OF THE JUDICIARY OF THE FEDERAL DISTRICT, the parties are hereby made aware of the content of article 28, which reads literally: "In new matters, the judge, in the writ of admission which is to be issued in the case, will make the parties aware that once the matter is concluded, the case file will be destroyed, under the terms indicated in the third paragraph of this article." "Any interested parties who have submitted evidence, samples and documents in cases which have already been concluded and which have been ordered to be destroyed, must appeal to the court where the case was filed to request that their documents be returned to them, within six months counting from the respective modification."  And in the terms of article 30 of the aforementioned Regulations: "judges will have the obligation to save a certified copy of the order that they issue in relation to the case file to be destroyed."  Serve notice.  Ordered and signed by the Fifteenth Civil Court Judge, the Honorable JULIO GABRIEL IGLESIAS GÓMEZ, in the presence of the Court Clerk "A", Hermelinda Moran Resendis, Esq., with whom he acts and who so attests.  Pursuant to article 115 of the code of Civil Procedure for the City of Mexico, the parties are informed of the change of personnel. I so attest.
---------------------------------------- ILLEGIBLE SIGNATURES ----------------------------------------------------

I am notifying you of the above with this letter, because I did not find you in person; I left this letter with

[handwritten: Employee of the defendant named [illegible] de Vivar Paulina Giselle passport No. G.23 19 6353 issued by the]

**MEXICO CITY, D.F., on the __7th__ of __July___ of 2017**

**THE COURT CLERK**

[handwritten:] Rodolfo Javier Galeana Garcia
[signature]
12:25 P.M.

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

Ministry of Foreign Relations

[logo] TSJCDMX  **CERTIFICATE OF NOTICE**  *[handwritten: CJ 17]*

**ATTN:  MR. KOLA ALUKO.**

**ADDRESS:  Monte Himalaya number 525, colonia Lomas de Chapultepec, C.P. 11000, delegación Miguel Hidaldo in Mexico City**.

| |
|---|
| FIFTEENTH CIVIL COURT |
| CLERK'S OFFICE "A" |
| CASE NO. 603/2017 |

In the case file of the **COMMERCIAL EXECUTORY** Lawsuit, filed by **URUÑUELA LÓPEZ JOSÉ ENRIQUE** against **EARNSHAW ASSOCIATES, LIMITED and KOLA ALUKO**, the Fifteenth Civil Court Judge issued an order which reads as follows:

Mexico City, on the thirtieth of June of two thousand seventeen.

With the complaint listed above and the attached exhibits, create a case file and record it in the Log Book under the appropriate entry number, and the Court Clerk is to place in his custody in the Court Safe the document submitted as the basis for the lawsuit. The appearance of MR. JOSÉ ENRIQUE URUÑUELA LÓPEZ is hereby recorded, who is filing a COMMERCIAL EXECUTORY suit against EARNSHAW ASSOCIATES, LIMITED AND KOLA ALUKO, for the payment of the amount of $6,120,000.00 (SIX MILLION ONE HUNDRED AND TWENTY THOUSAND AND 00/100 UNITED STATES DOLLARS), comprised of the principal amount plus the legal expenses that are mentioned, based on the provisions of articles 150, 165, 170, 174 and other related articles of the General Law of Securities and Credit Operations, and articles 1391, 1392, 1393 and other related articles of the Code of Commerce; article 432 and related articles of the Federal Code of Civil Procedure, which is applicable in supplementary fashion to commercial matters.  The lawsuit is accepted for processing in the forum and manner proposed, and as a consequence, the defendant is ordered to immediately pay the amount claimed plus legal expenses, which are indicated in the complaint of the lawsuit, and if said payment is not made, proceed to seize assets owned by the defendant sufficient to guarantee the principal amount plus the corresponding legal expenses, placing said assets in escrow with the person who the plaintiff designates, and for which it is responsible, in the procedural note.  Once the seizure has taken place, serve notice to the debtor under the terms of article 1396 of the Code of Commerce, delivering them with simples copies of the complaint and the corresponding exhibits, duly sealed and reviewed, and inform the defendant that they have EIGHT DAYS to respond to the lawsuit, which will be counted according to article 1076 of said Code, during which they must appear before this Court to pay in full the amount being claimed plus the court costs, or to file any objections that they may have.    The address of the plaintiff for hearing and receiving all types of notifications, even those of a personal nature, is accepted as the one that they have indicated, and the attorneys listed by the plaintiff are hereby authorized in the terms of the third paragraph of article 1069 of the Code of Commerce to also hear and receive notifications served upon the individuals indicated.  The plaintiffs are deemed to have submitted the documentation in terms of their initial complaint, pursuant to article 1061 of fraction II to V of the Code of Commerce.  Pursuant to article 1401 of the aforementioned Code, the evidence specified in the respective chapter of the complaint is accepted as submitted, and the admission of said evidence will be reserved for the appropriate procedural moment. For civil, family and civil peace courts:   "The parties are hereby informed that the Superior Court of Justice of the Federal District, motivated by its interest in ensuring that persons who are involved in litigation have an alternative option for resolving their conflict, provides mediation services through its

| |
|---|
| [stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT |

Center for Alternative Justice, where they will be attended to free of charge – mediation is not legal advice. Thecenter is located at Av. Niños Héroes 133, Colonia Doctores, delegación Cuauhtémoc, D.F., Postal Code 06500, telephone number 5134-11-00 extensions 1460 and 2362. Commercial Business Mediation Service: 5207-25-84 and 5208-33-49, mediacion.civil.mercanti@tsjdf.gob.mx. The foregoing is pursuant to articles 2, 5, 6 first and second paragraph and 9 section VII of the Alternative Justice Act of the Superior Court of Justice of the Federal District." In accordance with the REGULATIONS OF THE INSTITUTIONAL ARCHIVES SYSTEM OF THE SUPERIOR COURT OF JUSTICE AND THE COUNCIL OF THE JUDICIARY OF THE FEDERAL DISTRICT, the parties are hereby made aware of the content of article 28, which reads literally: "In new matters, the judge, in the writ of admission which is to be issued in the case, will make the parties aware that once the matter is concluded, the case file will be destroyed, under the terms indicated in the third paragraph of this article." "Any interested parties who have submitted evidence, samples and documents in cases which have already been concluded and which have been ordered to be destroyed, must appeal to the court where the case was filed to request that their documents be returned to them, within six months counting from the respective modification." And in the terms of article 30 of the aforementioned Regulations: "judges will have the obligation to save a certified copy of the order that they issue in relation to the case file to be destroyed." Serve notice. Ordered and signed by the Fifteenth Civil Court Judge, the Honorable JULIO GABRIEL IGLESIAS GÓMEZ, in the presence of the Court Clerk "A", Hermelinda Moran Resendis, Esq., with whom he acts and who so attests. Pursuant to article 115 of the code of Civil Procedure for the City of Mexico, the parties are informed of the change of personnel. I so attest.

----------------------------------------- ILLEGIBLE SIGNATURES --------------------------------------------------

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

I am notifying you of the above with this letter, because I did not find you in person; I left this letter with

[handwritten:] *Employee at the domicile where service is being performed  named [illegible] de Vivar Paulina Giselle passport No.*

**MEXICO CITY, D.F., on the __7th__ of __July___ of 2017**

**THE COURT CLERK**

[handwritten:]

*Rodolfo Javier Galeana Garcia*

*0231*                                              *[SIGNATURE]*

*DOC no. 623146853*                                                             *12:10 P.M.*

*Issued by the Ministry*
*of Foreign Relations*

**URUÑUELA LÓPEZ JOSÉ
ENRIQUE
VS
EARNSHAW ASSOCIATES,
LIMITED ET AL
PROCEEDING:   COMMERCIAL EXECUTORY
SECRET**

**THE HONORABLE CIVIL JUDGE ON DUTY**


I, **JOSÉ ENRIQUE URUÑUELA LÓPEZ,** who also customarily uses the name of **Enrique Uruñuela López;** acting on my own behalf, bearer of Federal Taxpayer Registration Number UULE8307277BA, and CURP (Unique Population Registry Code): UULE830727HJCRPN04; indicating that my address for hearing and receiving all types of notifications, even those of a personal nature, is Paseo de la Reforma number 516, Colonia Lomas de Chapultepec, C.P. 11000, in Mexico City; hereby authorize, under the broadest terms of the third paragraph of article 1069 of the Code of Commerce, attorney Rodolfo Bárcenas Bautista, bearer of professional license number 4537286, to take legal action under the terms specified in the aforementioned Code, and in general, to carry out any procedural act in the interest of the undersigned; I further authorize the following people to hear and receive notices, examine the case file, photograph the evidence and collect documents and securities, signing when necessary: Alejandra Guadalupe Ramírez Suárez, Iván Ernesto Díaz Hernández and Rafael Ademir Chinos Padilla, indistinctly; and I am appearing respectfully before Your Honor to state the following:

> [stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

[handwritten:  603/17]

2

That through this complaint, in exercise of a legal collection action and under the terms of articles 150, 151, 152 and other relevant and applicable articles of the Code of Commerce, I am initiating, within the legally admissible time frame and in proper legal form, a commercial executory lawsuit against EARNSHAW ASSOCIATES, LIMITED and Mr. KOLA ALUKO, who can be served notice at: Monte Himalaya number 525, Colonia Lomas de Chapultepec, C.P. 11000, Delegación Miguel Hidalgo, in Mexico City, for the payment and enforcement of the following

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

**CLAIMS**

a) For the payment of $6,120,000.00 (SIX MILLION ONE HUNDRED AND TWENTY THOUSAND AND 00/100 UNITED STATES DOLLARS), which is the unpaid balance of the promissory note that is exhibited as the basis for the lawsuit.

b) For the payment of default interest charges accruing from the time that the defendants entered into default and until the debt is fully paid, at a rate of 2.5% (two point five percent) per month.

c) For the payment of the legal fees and costs generated in the course of pursuing this litigation.

The following facts and legal arguments form the grounds and basis for this lawsuit:

**FACTS**

3

1.    On April 15, 2015, in the City of Mexico, formerly the Federal District, the company named EARNSHAW ASSOCIATES, LIMITED, acting as the signatory, and Mr. KOLA ALUKO, in his capacity as the guarantor, signed to the order of the undersigned, a credit instrument referred to as a promissory note, for a total of $6,120,000.00 (SIX MILLION, ONE HUNDRED AND TWENTY THOUSAND AND 00/100 UNITED STATES DOLLARS), payable in the following manner:

| Date | Amount |
|------|--------|
| May 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| June 30, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| July 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| August 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| September 30, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| October 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| November 30, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| December 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| January 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| February 29, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| May 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| June 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

4

| | |
|---|---|
| July 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| August 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| September 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| October 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| November 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| December 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| January 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| February 28, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| May 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| June 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| July 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| August 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| September 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| October 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| November 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| December 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| January 31, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| February 28, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

5

| April 30, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
|---|---|

I am providing proof of the foregoing with the original of this promissory note, which is presented as Exhibit 1), and which constitutes the foundational document of the lawsuit.

2.   In the promissory note described in the preceding section, the codefendants agreed to pay me default interest charges amounting to 2.5% per month (two point five percent) multiplied by the unpaid amount.

3.   Upon signing the promissory note in question, the defendants accepted that it could expire ahead of time in the following case:

> "…
> *In the event that THE SIGNATORY and/or THE GUARANTOR of this PROMISSORY NOTE should fail to pay any principal amount, interest charges or other amounts payable pursuant to this instrument, the period of time given for the compliance of the obligations* **listed in this credit instrument will be considered to expire early, and therefore the entire unpaid balance backed by this promissory note will become payable along with any other amounts that must be paid pursuant to the terms of this document, without the need for any prior declaration, judicial action, presentation, objection or any other notification of any other type,** *which THE SIGNATORY and/or THE GUARANTOR expressly renounce."*

**(emphasis added)**

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

5.   It is the case that against the credit instrument mentioned herein, the co-defendants

6

did not make the installment payments corresponding to the following dates:  May 31 to December 31, 2015; January 31 to December 31, 2016; January 31, February 28, March 31, April 30 and May 31, all of 2017, and therefore they have been in default to the undersigned since the day following the day on which they should have made the first of said payments; that is, since June 1, 2015.

**6.**    Therefore, according to the early expiration agreement contained in the credit instrument supporting this action, EARNSHAW ASSOCIATES, LIMITED, and its guarantor, Mr. KOLA ALUKO, owe to me the amounts being claimed in this lawsuit in the form of the principal amount and default interest charges.

**7.**    Taking into account the fact that the codefendants breached the financial obligation that they had assumed to the undersigned party, Your Honor must order them to pay me the amounts being claimed in the form of the principal plus ordinary default interest.

8.    Similarly, since I was obligated to file this lawsuit, based on the provisions of section III of article 1084 of the Code of Commerce, Your Honor should order the defendants to compensate me for the legal expenses and court costs incurred in initiating this legal action.

**LEGAL GROUNDS**

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

7

The points of law that are applicable to the substance of the case are articles 5, 33, 34, 35, 79, 150, 151, 152, 167, 170 and 174 and other related articles of the General Law of Credit Securities and Operations.

The proceeding is governed by the provisions of articles 1061, 1392, 1399 and other related and applicable articles of the Code of Commerce.

Based on article 1401 of the Code of Commerce, I am offering on my part the following:

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

**EVIDENCE**

1. **TESTIMONY,** given by EARNSHAW ASSOCIATES, LIMITED, by its legal representative who has sufficient authority; who will have to be subpoenaed personally at the address indicated in this complaint, in order to appear before this Honorable Court to respond to the questions that will be asked of them on the day and time scheduled for this purpose, in response to the list of questions that will be submitted at the appropriate time; after being advised that should they fail to appear without a just cause, they will be declared to have admitted to the questions that were previously qualified as legal.

   I will relate this evidence with each and every one of the facts of the lawsuit, and it will demonstrate that the respondent owes me the amounts being claimed in this complaint, both in the form of the principal amount as well as the other accessory charges.

The reason why we believe that these allegations will be proven, is that based on the responses given by the respondent, Your Honor will be able to confirm the validity of the lawsuit and the claims being made.

2.  **TESTIMONY**, given by Mr. KOLA ALUKO, who will have to be subpoenaed personally at the address indicated in this complaint, in order to appear before this Honorable Court to respond to the questions that will be asked of them on the day and time scheduled for this purpose, in response to the list of questions that will be submitted at the appropriate time; after being advised that should they fail to appear without a just cause, they will be declared to have admitted to the questions that were previously qualified as legal.

> [stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

Under the terms of article 1215 of the Code of Commerce, I ask that this testimony be taken personally and not through any legal representative, by virtue of the fact that the facts of the case require that the respondent appear strictly in person, since he is aware of the facts narrated in the complaint; also because based on the responses that to the questions asked in court, Your Honor will be able to see that he has full knowledge of the matters being asked about, since he has personal knowledge about the facts that we are attempting to prove, since he signed the promissory note which is the basis for this lawsuit in his capacity as the guarantor, so that Your Honor

9

may have direct knowledge of the facts which make up this litigation

I will relate this evidence with each and every one of the facts of the lawsuit, and it will demonstrate that the respondent owes me the amounts being claimed in this complaint, both in the form of the principal amount as well as the other accessory charges.

The reason why we believe that these allegations will be proven, is that based on the responses given by the respondent, Your Honor will be able to confirm the validity of the lawsuit and the claims being made.

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

3.  **DOCUMENTARY EVIDENCE**, consisting of the original promissory note dated April 15, 2015, in the amount of $6,120,000.00 (SIX MILLION ONE HUNDRED AND TWENTY THOUSAND AND 00/100 UNITED STATES DOLLARS), which is presented as **Exhibit 1** of this lawsuit.

This evidence is related to each any every one of the facts of the lawsuit, and it proves the fact that EARNSHAW and Mr. KOLA ALUKO agreed unconditionally to pay the undersigned the amount being claimed as the principal balance, as well as the default interest charges indicated in the promissory note in question.

10

The reason why we believe that this evidence will prove said allegations, is that it is a credit instrument that meets the requirements set forth in article 170 of the General Law of Credit Securities and Operations, which is being submitted as past due and unpaid, and therefore it is previously established evidence that brings with it an *irus tantum* presumption of the admissibility of the action being attempted.

4.    **THE PROCEDURAL EVIDENCE**, consisting of all of the actions that have taken place in these proceedings, which is to my favor.

This evidence is related to each and every one of the facts of the lawsuit, and it will prove the validity of the legal action being brought as well as the claims made.  The reasons why we believe that this evidence will prove the facts of the case, as well as the elements of the lawsuit being attempted, are that the records which are contained in the case file will allow Your Honor to form a conviction regarding the facts, demonstrated by the document submitted with the complaint, as previously established evidence, that I have grounds for action and the right to claim the amounts indicated in this complaint.

5.    **THE ARGUMENTS**, in both aspects, legal and human, which are in my favor.

This evidence is related to each and every fact of the lawsuit, and this evidence will

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

11

demonstrate that I have the right to claim payment of the items listed in the preamble of this complaint.  The reasons why we believe that this evidence will prove the allegations of the lawsuit, as well as all elements of the action being brought, is that through the judgements, reasoning and evaluation of the evidence that is done under the terms of articles 1283, 1286 and 1306 of the Code of Commerce, Your Honor will be able to form a conviction regarding the facts and will confirm the right that I have to claim payment of the items described in this complaint.

For the above reasons,

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

I respectfully ask **YOUR HONOR, THE JUDGE:**

**FIRST:**  To accept for the record my Federal Taxpayer Registration and my CURP, as well as the procedural address indicated, and to accept as authorized the persons mentioned for the purposes mentioned.

**SECOND:**  To admit this lawsuit in the proposed manner and forum, issuing an order of execution against the defendants and ordering them to be subpoenaed in order to provide their response, if it is in their interests.

**THIRD.**  To accept as announced the evidence mentioned in this complaint, and at the appropriate time, admit it because it is not contrary to the law.

12

**FOURTH.**  At the appropriate time, to issue a ruling ordering the defendants to pay each and every one of the amounts being claimed.

Sworn as necessary

Mexico City, June 27, 2017

**JOSÉ ENRIQUE URUÑUELA LÓPEZ**

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

| [logo] SAT | |
|---|---|
| Tax Administration Service | |
| **RECORD OF RFC REGISTRATION**<br>**RFC:**<br>**UULE8307277BA**<br>**Name:**<br>**JOSE ENRIQUE URUÑUELA LOPEZ** | **CURP**<br>**UULE830727HJCRPN04**<br>[bar code]<br>**Name:**<br>**JOSE ENRIQUE URUÑUELA LOPEZ** |

| Folio: | Initial date of operations<br>11-14-2005 | Date of Registration | |
|---|---|---|---|
| FRONT | | | BACK |

Cut here

Digital Chain

C14UOXSxx14dZHyqY3ggxhnuZNZJFTyN0ACXjhr45H4J64EEq5JjUF4PX+IR/P/eb3Zzxd0vowrepGRH
+x+%9Gb8An+X+5AVNPU0TrUm9IanE+8lsg0GRjqqv4Q80FgGv6Be7GnSUV3YZbgqSHBPB4cRLTAxXPVY+

Digital Seal

|2°[]26:06:2013|R|FNf5+T7jU+uR|0000010000070001121588||

Date and time of issue

Mr. Taxpayer, you are informed that this Record contains your Federal Taxpayer Registration Code, as well as your Unique Population Registry Code, which must be used in conducting all business with the Tax Administration Service.

If you wish to receive specialized legal advice free of charge and confidentially over the telephone, the hours of operation are from Monday to Saturday from 8:00 a.m. to 9:00 p.m., at the telephone number listed below:



| [stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT |
|---|

| SEGOB<br>Secretariat of the Interior | [Mexican state seal] | UNITED MEXICAN STATES<br>RECORD OF UNIQUE POPULATION REGISTRY CODE | GENERAL DIRECTORATE OF THE NATIONAL REGISTRY OF POPULATION AND PERSONAL IDENTIFICATION |
|---|---|---|---|
|  | **Code:**<br>**UULE830727HJCRPN04**<br><br>**Name:**<br>**JOSE ENRIQUE URUÑUELA LOPEZ** | | |
| I am Mexico | **Date of Registration**<br>04/21/1999 | **Folio**<br>36059808 | **Registration Entity**<br>**JALISCO** |

[bar code]
114039198300371

### "Centennial Year of the Promulgation of the Political Constitution of The United Mexican States"

**JOSE ENRIQUE URUÑUELA LOPEZ**

PERSONALLY DELIVERED                                                    Mexico City, June 28, 2017

The Unique Population Registry Code (CURP) represents the response of the Government of the Republic to facilitate and streamline the exercise of citizen rights related to government processes and services.

The CURP also serves to design and guide appropriate population policy.  Recognizing and identifying its composition is the first step in designing a development policy that includes all citizens.

The registration of the CURP is a civic duty. It is important to carefully verify that the information contained in the attached record is correct to help to create an accurate and reliable record of the identity of the population.

For helping us to build a better Mexico, we deeply appreciate your participation.

> [stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

**MIGUEL ÁNGEL OSORIO CHONG**
SECRETARY OF THE INTERIOR

We are at your service to clarify any doubts you may have regarding the creation of your code at TELCURP, by dialing 01 800 911 11 11

*[scan code]*

The printing of the CURP record on bond paper is valid for all transactions involving public sector agencies.

**FREE PROCESS**

The personal information collected, included in and managed in the National Database of the Unique Population Registration Code, are used as elements to support the function of the Secretariat of the Interior, through the General Directorate of the National Registry of Population oand Personal Identification in the registry and accreditation of the identity of people in the country as well as citizens living abroad; who have been assigned and issued the Unique Population Registration Code.  Said Database is registered in the Personal System of the National Institute of Transparency, Access to Public Information and the Protection of Personal Data (http://persona.ifai.org.mx/persona/welcome.do).  The transfer of Personal Information and the exercise of the rights of access, rectification, cancellation and objection, must be practiced in accordance with the General Law for the Protection of Personal Information in the Possession of Regulated Subjects, and other applicable laws.

# PROMISSORY NOTE

I OWE AND I WILL PAY, unconditionally, in exchange for the amount received from Mr. Enrique Uruñuela López, hereafter THE BENEFICIARY, the amount of US$ 6,120,000.00 (SIX MILLION ONE HUNDRED AND TWENTY THOUSAND UNITED STATES DOLLARS), which I(we) commit to paying in 36 successive installments according to the amounts and dates presented below:

| Date | Amount |
|------|--------|
| May 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| June 30, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| July 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| August 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| September 30, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| October 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| November 30, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| December 31, 2015 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| January 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| February 29, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| May 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| June 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| July 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| August 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| September 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| October 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |

1

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

| | |
|---|---|
| November 30, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| December 31, 2016 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| January 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| February 28, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| May 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| June 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| July 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| August 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| September 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| October 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| November 30, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| December 31, 2017 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| January 31, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| February 28, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| March 31, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |
| April 30, 2018 | US$ 170,000.00 (one hundred and seventy thousand U.S. dollars) |

[stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT

In the event that the day that one of the installment payments listed above is due is not a business day, the payment must be made on the next business day, in which case it will not be considered to be late.

In the event that the SIGNATORY and/or the GUARANTOR should fail to make any of the payments required in this Promissory note, on the respective due dates, the unpaid amount will begin to accrue, beginning on its due date and until it is paid in full, default interest charges at a rate of 2.5% (two point five percent) per month times the unpaid amount.

2

In the event that THE SIGNATORY and/or THE GUARANTOR of this PROMISSORY NOTE should fail to pay any principal amount, interest charges or other amounts payable pursuant to this instrument, the period of time given for the compliance of the obligations listed in this credit instrument will be considered to expire early, and therefore the entire unpaid balance backed by this promissory note will become payable along with any other amounts that must be paid pursuant to the terms of this document, without the need for any prior declaration, judicial action, presentation, objection or any other notification of any other type, which THE SIGNATORY and/or THE GUARANTOR expressly renounce

Any amount that is received by THE BENEFICIARY under this PROMISSORY NOTE, will first be applied to any default interest charges that have been generated, and then to the principal.

The principal amount of this PROMISSORY NOTE plus the corresponding interest charges must be paid in funds that are freely available and transferrable on the day that they are paid, and without any deductions, and also free from any taxes, fees, liens, deductions or withholdings of any nature that are imposed or levied at any time by any type of authority.

For the purposes of this PROMISSORY NOE, the SIGNATORY and/or the GUARANTOR, indicate that their addresses are the following:

The SIGNATORY, is located at **Monte Himalaya number 525, Colonia Lomas de Chapultepec, 11000, Mexico City, Federal District.**

THE GUARANTOR is located at: **Monte Himalaya number 525, Colonia Lomas de Chapultepec, 11000, Mexico City, Federal District.**

For all matters related to this PROMISSORY NOTE, the SIGNATORY and/or THE GUARANTOR hereby submit to the Jurisdiction of the competent courts of Mexico City, Federal District, and expressly waive any other forum to which they may have a right by virtue of their present or future domicile, or for any other reason.

Made and signed in Mexico City, Federal District, on the 15th of April of 2015.  This PROMISSORY NOTE consists of 3 (THREE) pages printed on only one side, which constitute one single instrument.

**THE SIGNATORY**

___[signature]___
Earnshaw Associates, Limited
Represented by Mr. Kola Aluko

| [stamp:] SUPERIOR COURT OF THE FEDERAL DISTRICT. UNITED MEXICAN STATES. FIFTEENTH CIVIL COURT |
| --- |

**GUARANTOR**

___[signature]___

Kola Aluko

3

**LIST OF ASSETS BELONGING TO KOLA ALUKO WHICH ARE
INDICATED FOR SEIZURE**

The following assets are indicated for seizure:

a) The ownership rights corresponding to the recreational boat named "Galactica Star", which is registered in the name of Earnshaw Associates, Limited, in the Port of George Town, British Virgin Islands, under official number 743805, and which is currently anchored in the "Marina V&V", located at Calle Vialidad Paseo Mujeres, Manzana 1, Lot 1, Zona Continental Isla Mujeres, Quintana Roo, Mexico, C.P. 77400.

b) The shares representing the share capital in Eanshaw Associates, Limited, which are owned by Kola Aluko, which grants him the capital and corporate rights conferred upon their holder in said company.

At this time, I am asking Your Honor to send an official communication with the necessary attachments to the codefendant company to notify it of the seizure in question, so that it may be recorded or so that the appropriate notations can be made in the corresponding registry of shares.

c) The funds on deposit in the checking accounts, savings accounts, fixed term investments, money markets, derivatives, trust rights, portfolios, or rights of any other kind that are in the name of Kola Aluko, as owner or co-owner, in the following financial institutions:

ABC CAPITAL, S.A. INSTITUCION DE BANCA MULTIPLE
AMERICAN EXPRESS BANK (MEXICO), S.A.
BANCA AFIRME, S. A.
BANCA MIFEL, S.A.
BANCO ACTINVER, S.A.
BANCO AHORRO FAMSA, S.A.
BANCO AUTOFIN MEXICO, S.A.
BANCO AZTECA, S.A.

[2 sets of initials]

1

BANCO BASE, S.A.
BANCO COMPARTAMOS, S.A.
BANCO CREDIT SUISSE (MEXICO), S.A.
BANCO DEL BAJIO, S.A.
BANCO FACIL, S.A.
BANCO INBURSA, S.A.
BANCO INTERACCIONES, S.A.
BANCO INVEX, S.A.
BANCO J.P. MORGAN, S.A
BANCO MERCANTIL DEL NORTE, S.A
BANCO MONEX, S.A.
BANCO MULTIVA, S.A.
BANCO NACIONAL DE MEXICO, S.A.
BANCO REGIONAL DE MONTERREY, S.A.
BANCO SANTANDER (MEXICO), S.A.
BANCO VE POR MAS, S.A
BANCO WAL-MART DE MEXICO ADELANTE, S.A.
BANCOPPEL, S.A.
BANK OF AMERICA MEXICO, S.A.
BANK OF TOKYO-MITSUBISHI UFJ (MEXICO), S.A.
BANSI, S.A.
BARCLAYS BANK MEXICO, S.A.
BBVA BANCOMER, S.A.
CIBANCO, S.A.
DEUTSCHE BANK MEXICO, S.A.
HSBC MEXICO, S.A.
ING BANK (MEXICO), S. A.
INTER BANCO, S.A.
IXE BANCO, S.A.
SCOTIABANK INVERLAT, S.A.
THE BANK OF NEW YORK MELLON, S.A
THE ROYAL BANK OF SCOTLAND MEXICO, S.A.
UBS BANK MEXICO, S.A.
VOLKSWAGEN BANK, S.A.
INVESTA BANK, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE

d)   The funds, rights, titles or securities that are held in the name of Kola Aluko in all of the contracts that he has in effect with the following stock brokers in the country, whether as owner or co-owner:

ABN AMRO SECURITIES (MEXICO), S.A. DE C.V., CASA DE BOLSA
ACCIONES Y VALORES BANAMEX, S.A. DE C.V., CASA DE BOLSA, INTEGRANTE DEL GRUPO FINANCIERO BANAMEX.
ACTINVER CASA DE BOLSA, S.A. DE C.V
BARCLAYS CAPITAL CASA DE BOLSA, S.A. DE C.V., GRUPO FINANCIERO BARCLAYS MEXICO
BULLTICK CASA DE BOLSA, S.A. DE C.V.
CASA DE BOLSA ARKA, S.A. DE C.V.
CASA DE BOLSA BANORTE, S.A DE C.V., GRUPO FINANCIERO BANORTE
CASA DE BOLSA BBVA BANCOMER, S.A. DE C.V., GRUPO FINANCIERO BBVA BANCOMER

[2 sets of initials]

2

CASA DE BOLSA CREDIT SUISSE (MEXICO), S.A. DE C.V., GRUPO FINANCIERO CREDIT SUISSE (MEXICO)
CASA DE BOLSA FINAMEX, S.A.B. DE C.V.
CASA DE BOLSA MULTIVA, S.A. DE C.V., GRUPO FINANCIERO MULTIVA
CASA DE BOLSA SANTANDER, S.A. DE C.V., GRUPO FINANCIERO SANTANDER
DEUTSCHE SECURITIES, S. A. DE C.V., CASA DE BOLSA
ESTRUCTURADORES DEL MERCADO DE VALORES CASA DE BOLSA, S.A. DE C.V.
GBM GRUPO BURSATIL MEXICANO, S.A. DE C.V., CASA DE BOLSA
HSBC CASA DE BOLSA, S.A. DE C.V., GRUPO FINANCIERO HSBC
ING (MEXICO), S.A. DE C.V., CASA DE BOLSA, ING GRUPO FINANCIERO
INTERACCIONES CASA DE BOLSA, S.A. DE C.V., GRUPO FINANCIERO INTERACCIONES
INTERCAM CASA DE BOLSA, S.A. DE C.V.
INVERSORA BURSATIL, S. A. DE C.V., CASA DE BOLSA, GRUPO FINANCIERO INBURSA
INVEX CASA DE BOLSA, S.A. DE C.V., INVEX GRUPO FINANCIERO
IXE CASA DE BOLSA, S.A. DE C.V., IXE GRUPO FINANCIERO
J.P. MORGAN CASA DE BOLSA, S.A. DE C.V., J.P. MORGAN GRUPO FINANCIERO
MASARI, CASA DE BOLSA, S.A.
MERRILL LYNCH MEXICO, S.A. DE C.V., CASA DE BOLSA.
MONEX CASA DE BOLSA, S.A. DE C.V., MONEX GRUPO FINANCIERO
MORGAN STANLEY MEXICO CASA DE BOLSA, S.A. DE C.V.
PROTEGO CASA DE BOLSA, S.A. DE C.V
SCOTIA INVERLAT CASA DE BOLSA, S. A. DE C. V. GRUPO FINANCIERO SCOTIA BANK INVERLAT
UBS CASA DE BOLSA, S.A. DE C.V., UBS GRUPO FINANCIERO
VALORES MEXICANOS CASA DE BOLSA, S. A. DE C.V.
VALUE, S. A. DE C.V., CASA DE BOLSA, VALUE GRUPO FINANCIERO
VANGUARDIA CASA DE BOLSA, S.A. DE C.V.
VECTOR CASA DE BOLSA, S.A. DE C.V.
CI CASA DE BOLSA, S.A. DE C.V.

At this time, I am respectfully asking Your Honor to send an official communication to the National Banking and Securities Commission, so that through the Commission and via the system called the Institutional Information Transmission System (SITI), the financial institutions and brokerage houses listed above be ordered to secure the balances held by Mr. Kola Aluko, up to the point where they are sufficient to cover and guarantee the claims being made of him; asking them to place said funds at the disposal of this Honorable Court, with a warning of the penalty of double payment in the event of non-compliance, under the terms of article 449 of the Federal Code of Civil Procedure, applicable in supplementary fashion to this case.

[*signature*]

Jose Enrique Uruñuela Lopez

[handwritten:] *The court clerk*
*Mr. Rodolfo Javier Galeano Garcia*

3

[2 sets of initials]

**LIST OF ASSETS BELONGING TO EARNSHAW ASSOCIATES, LIMITED WHICH ARE INDICATED FOR SEIZURE**

The following assets are indicated for seizure:

a) The ownership rights corresponding to the recreational boat named "Galactica Star", which is registered in its name, in the Port of George Town, British Virgin Islands, under official number 743805, and which is currently anchored in the "Marina V&V", located at Calle Vialidad Paseo Mujeres, Manzana 1, Lot 1, Zona Continental Isla Mujeres, Quintana Roo, Mexico, C.P. 77400.

b) The funds on deposit in the checking accounts, savings accounts, fixed term investments, money markets, derivatives, trust rights, portfolios, or rights of any other kind that are in the name of Earnshaw Associates, Limited, as owner or co-owner, in the following financial institutions:

ABC CAPITAL, S.A. INSTITUCION DE BANCA MULTIPLE
AMERICAN EXPRESS BANK (MEXICO), S.A.
BANCA AFIRME, S. A.
BANCA MIFEL, S.A.
BANCO ACTINVER, S.A.
BANCO AHORRO FAMSA, S.A.
BANCO AUTOFIN MEXICO, S.A.
BANCO AZTECA, S.A.
BANCO BASE, S.A.
BANCO COMPARTAMOS, S.A.
BANCO CREDIT SUISSE (MEXICO), S.A.
BANCO DEL BAJIO, S.A.
BANCO FACIL, S.A.
BANCO INBURSA, S.A.
BANCO INTERACCIONES, S.A.
BANCO INVEX, S.A.
BANCO J.P. MORGAN, S.A
BANCO MERCANTIL DEL NORTE, S.A
BANCO MONEX, S.A.
BANCO MULTIVA, S.A.
BANCO NACIONAL DE MEXICO, S.A.
BANCO REGIONAL DE MONTERREY, S.A.
BANCO SANTANDER (MEXICO), S.A.
BANCO VE POR MAS, S.A
BANCO WAL-MART DE MEXICO ADELANTE, S.A.
BANCOPPEL, S.A.

[2 sets of initials]

1

BANK OF AMERICA MEXICO, S.A.
BANK OF TOKYO-MITSUBISHI UFJ (MEXICO), S.A.
BANSI, S.A.
BARCLAYS BANK MEXICO, S.A.
BBVA BANCOMER, S.A.
CIBANCO, S.A.
DEUTSCHE BANK MEXICO, S.A.
HSBC MEXICO, S.A.
ING BANK (MEXICO), S. A.
INTER BANCO, S.A.
IXE BANCO, S.A.
SCOTIABANK INVERLAT, S.A.
THE BANK OF NEW YORK MELLON, S.A
THE ROYAL BANK OF SCOTLAND MEXICO, S.A.
UBS BANK MEXICO, S.A.
VOLKSWAGEN BANK, S.A.
INVESTA BANK, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE

[2 sets of initials]

c)  The funds, rights, titles or securities that are held in the name of Earnshaw Associates, Limited in all of the contracts that he has in effect with the following stock brokers in the country, whether as owner or co-owner:

ABN AMRO SECURITIES (MEXICO), S.A. DE C.V., CASA DE BOLSA
ACCIONES Y VALORES BANAMEX, S.A. DE C.V., CASA DE BOLSA, INTEGRANTE DEL GRUPO FINANCIERO BANAMEX.
ACTINVER CASA DE BOLSA, S.A. DE C.V
BARCLAYS CAPITAL CASA DE BOLSA, S.A. DE C.V., GRUPO FINANCIERO BARCLAYS MEXICO
BULLTICK CASA DE BOLSA, S.A. DE C.V.
CASA DE BOLSA ARKA, S.A. DE C.V.
CASA DE BOLSA BANORTE, S.A DE C.V., GRUPO FINANCIERO BANORTE
CASA DE BOLSA BBVA BANCOMER, S.A. DE C.V., GRUPO FINANCIERO BBVA BANCOMER
CASA DE BOLSA CREDIT SUISSE (MEXICO), S.A. DE C.V., GRUPO FINANCIERO CREDIT SUISSE (MEXICO)
CASA DE BOLSA FINAMEX, S.A.B. DE C.V.
CASA DE BOLSA MULTIVA, S.A. DE C.V., GRUPO FINANCIERO MULTIVA
CASA DE BOLSA SANTANDER, S.A. DE C.V., GRUPO FINANCIERO SANTANDER
DEUTSCHE SECURITIES, S. A. DE C.V., CASA DE BOLSA
ESTRUCTURADORES DEL MERCADO DE VALORES CASA DE BOLSA, S.A. DE C.V.
GBM GRUPO BURSATIL MEXICANO, S.A. DE C.V., CASA DE BOLSA
HSBC CASA DE BOLSA, S.A. DE C.V., GRUPO FINANCIERO HSBC
ING (MEXICO), S.A. DE C.V., CASA DE BOLSA, ING GRUPO FINANCIERO
INTERACCIONES CASA DE BOLSA, S.A. DE C.V., GRUPO FINANCIERO INTERACCIONES
INTERCAM CASA DE BOLSA, S.A. DE C.V.
INVERSORA BURSATIL, S. A. DE C.V., CASA DE BOLSA, GRUPO FINANCIERO INBURSA
INVEX CASA DE BOLSA, S.A. DE C.V., INVEX GRUPO FINANCIERO
IXE CASA DE BOLSA, S.A. DE C.V., IXE GRUPO FINANCIERO
J.P. MORGAN CASA DE BOLSA, S.A. DE C.V., J.P. MORGAN GRUPO FINANCIERO
MASARI, CASA DE BOLSA, S.A.
MERRILL LYNCH MEXICO, S.A. DE C.V., CASA DE BOLSA.
MONEX CASA DE BOLSA, S.A. DE C.V., MONEX GRUPO FINANCIERO
MORGAN STANLEY MEXICO CASA DE BOLSA, S.A. DE C.V.

2

PROTEGO CASA DE BOLSA, S.A. DE C.V
SCOTIA INVERLAT CASA DE BOLSA, S. A. DE C. V. GRUPO FINANCIERO SCOTIA BANK INVERLAT
UBS CASA DE BOLSA, S.A. DE C.V., UBS GRUPO FINANCIERO
VALORES MEXICANOS CASA DE BOLSA, S. A. DE C.V.
VALUE, S. A. DE C.V., CASA DE BOLSA, VALUE GRUPO FINANCIERO
VANGUARDIA CASA DE BOLSA, S.A. DE C.V.
VECTOR CASA DE BOLSA, S.A. DE C.V.                    .
CI CASA DE BOLSA, S.A. DE C.V.

[2 sets of initials]

At this time, I am respectfully asking Your Honor to send an official communication to the National Banking and Securities Commission, so that through the Commission and via the system called the Institutional Information Transmission System (SITI), the financial institutions and brokerage houses listed above be ordered to secure the balances held by Earnshaw Associates, Limited, up to the point where they are sufficient to cover and guarantee the claims being made of him; asking them to place said funds at the disposal of this Honorable Court, with a warning of the penalty of double payment in the event of non-compliance, under the terms of article 449 of the Federal Code of Civil Procedure, applicable in supplementary fashion to this case.

[handwritten:] *The court clerk*
*Mr. Rodolfo Javier Galeano Garcia*

[*signature*]

[*signature*]

Jose Enrique Uruñuela Lopez

3

**TSJCDMX**

"Centennial Year of the Promulgation of the Political Constitution of the United Mexican States"

**SECRETARIAT OF COMMUNICATION AND TRANSPORTATION**

**TO YOUR ATTENTION:**

> FIFTEENTH
> CIVIL COURT
>
> CLERK'S OFFICE
> "A"
>
> CASE NO.
> 603/2017
> OFFICIAL
> LETTER NO.
>
> <u>1735</u>

> [stamp:] SUPERIOR
> COURT OF THE
> FEDERAL DISTRICT.
> UNITED MEXICAN
> STATES. FIFTEENTH
> CIVIL COURT

In compliance with the order issued in the ruling on July eleventh of this year, issued in the course of the **COMMERCIAL EXECUTORY** proceeding being pursued by **URUÑUELA LOPEZ JOSÉ ENRIQUE** against **EARNSHAW ASSOCIATES**, LIMITED and KOLA ALUKO, I am sending you this letter in order to inform you that in a court proceeding dated July seventh of this year,  a seizure was ordered for up to the amount of $6,120,000.00 (SIX MILLION ONE HUNDRED AND TWENTY THOUSAND AND 00/100 UNITED STATES DOLLARS), of assets belonging to the defendant in this case, **Mr. Kola Aluko**, and as a result, I am requesting that you make the corresponding entry for the record regarding the rights corresponding to the defendant with respect to the property detailed herein:  **A recreational boat named "Galactica Star", which is registered in the name of EARNSHAW ASSOCIATES, LIMITED, in the Port of George Town, British Virgin Islands, under official number 743805, and which is currently anchored in the "Marina V&V".**  Attached to this letter is a certified copy in duplicate of the respective seizure documentation.

Please receive my warmest considerations.

> **"EFFECTIVE SUFFRAGE NO REELECTION"**
> Mexico City, July 13, 2017
> **THE FIFTEENTH CIVIL COURT JUDGE**
>
> *[signature]*
> **JULIO GABRIEL IGLESIAS GOMEZ, Esq.**



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: August 21, 2017

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Earnshaw Associates_8.14.17

Marlon Dayes, Senior Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Marlon Dayes