

**ORDERED in the Southern District of Florida on September 27, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ONE57 79 INC., | Case No. 17-18433-RAM |
| Debtor. | |

**AGREED ORDER GRANTING MOTION OF BANQUE HAVILLAND S.A.
FOR AN ORDER DISMISSING BANKRUPTCY CASE**

Upon the Motion of Banque Havilland S.A. for An Order Dismissing Bankruptcy Case (the "Motion") [DE 20]; and the Court having reviewed the Motion; and having heard the statements of counsel at the hearing on the Motion and being advised that the parties agree to the relief granted herein below; and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (iii) the legal and factual bases set forth in the Motion establish the absence of venue under 28 U.S.C. § 1408 and the presence of "cause" for dismissal under section 1112(b)(1) and (4)(C); and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Bankruptcy Rule 1014(a)(2), the Court hereby dismisses the above-captioned bankruptcy (the "Case") for lack of venue and for "cause" under section 1112(b)(1) and (4)(C).

3. This chapter 11 case is dismissed with prejudice for two (2) years to the debtor filing, or being subject to, a petition under any chapter of the Bankruptcy Code.

4. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and shall simultaneously file and provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

5. The debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order,

6. All pending Motions are denied as Moot.

7. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by:
Leyza F. Blanco, Esq.
GrayRobinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

Copies furnished to:
Leyza F. Blanco

- 2 -

(Attorney Blanco is directed to serve the foregoing document upon all interested parties and file a Certificate of Service with this Court)